# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**
**Grand Jury Sworn in on January 8, 2021**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 1:21-MJ-00011** |
| | : | |
| | : | **VIOLATIONS:** |
| **LONNIE LEROY COFFMAN,** | : | |
| | : | **26 U.S.C. §§ 5861(d), 5841, 5845(f) & 5871** |
| | : | **(Possession of an Unregistered Firearm)** |
| | : | |
| **Defendant.** | : | **22 D.C. Code § 4504(a)** |
| | : | **(Carrying a Pistol Without a License)** |
| | : | |
| | : | **22 D.C. Code § 4504(a-1)** |
| | : | **(Carrying a Rifle or Shotgun)** |
| | : | |
| | : | **7 D.C. Code § 2506.01(b)** |
| | : | **(Possession of a Large Capacity** |
| | : | **Feeding Device)** |
| | : | |
| | : | **7 D.C. Code § 2502.01(a)** |
| | : | **(Possession of an Unregistered Firearm)** |
| | : | |
| | : | **7 D.C. Code § 2506.01(a)(3)** |
| | : | **(Unlawful Possession of Ammunition)** |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, the defendant LONNIE

LEROY COFFMAN knowingly possessed a firearm, namely a destructive device, that is, eleven

Molotov cocktails and any combination of parts designed and intended for use in converting any

device into a Molotov cocktail, not registered to him in the National Firearms Registration and

Transfer Record.

(**Possession of an Unregistered Firearm**, in violation of Title 26, United States Code, Sections 5861(d), 5841, 5845(f), and 5871)

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, the defendant LONNIE

LEROY COFFMAN did carry, openly and concealed on or about his person, in a place other than

his dwelling place, place of business or on other land possessed by him, a pistol, namely, a 9mm

Smith & Wesson handgun, without a license issued pursuant to law.

(**Carrying a Pistol Without a License (Outside Home or Place of Business)**, in violation of 22 D.C. Code § 4504(a) (2001 ed.))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, the defendant LONNIE

LEROY COFFMAN did carry, openly and concealed on or about his person, in a place other than

his dwelling place, place of business or on other land possessed by him, a pistol, namely, a .22

caliber North American Arms revolver, without a license issued pursuant to law.

(**Carrying a Pistol Without a License (Outside Home or Place of Business)**, in violation of 22 D.C. Code § 4504(a) (2001 ed.))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, the defendant LONNIE

LEROY COFFMAN did carry, openly and concealed on or about his person, in a place other than

his dwelling place, place of business or on other land possessed by him, a pistol, namely, a 9mm

Hi-Point handgun, without a license issued pursuant to law.

(**Carrying a Pistol Without a License (Outside Home or Place of Business)**, in violation of 22 D.C. Code § 4504(a) (2001 ed.))

## COUNT FIVE

On or about January 6, 2021, within the District of Columbia, the defendant LONNIE LEROY COFFMAN did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a Windham Weaponry rifle.

**(Carrying a Rifle or Shotgun (Outside Home or Place of Business)**, in violation of 22 D.C. Code § 4504(a-1) (2001 ed.))

## COUNT SIX

On or about January 6, 2021, within the District of Columbia, the defendant LONNIE LEROY COFFMAN did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a Hatfield Gun Company SAS shotgun.

**(Carrying a Rifle or Shotgun (Outside Home or Place of Business)**, in violation of 22 D.C. Code § 4504(a-1) (2001 ed.))

## COUNT SEVEN

On or about January 6, 2021, within the District of Columbia, the defendant LONNIE LEROY COFFMAN did possess a large capacity ammunition feeding device.

**(Possession of a Large Capacity Ammunition Feeding Device)**, in violation of 7 D.C. Code § 2506.01(b) (2001 ed.))

## COUNT EIGHT

On or about January 6, 2021, within the District of Columbia, the defendant LONNIE LEROY COFFMAN did possess a certain firearm, a 9mm Smith & Wesson handgun, without being the holder of a valid registration certificate.

**(Possession of an Unregistered Firearm)**, in violation of 7 D.C. Code § 2502.01(a) (2001 ed.))

## COUNT NINE

On or about January 6, 2021, within the District of Columbia, the defendant LONNIE LEROY COFFMAN did possess a certain firearm, a .22 caliber North American Arms revolver, without being the holder of a valid registration certificate.

**(Possession of an Unregistered Firearm)**, in violation of 7 D.C. Code § 2502.01(a) (2001 ed.))

## COUNT TEN

On or about January 6, 2021, within the District of Columbia, the defendant LONNIE LEROY COFFMAN did possess a certain firearm, a 9mm Hi-Point handgun, without being the holder of a valid registration certificate.

**(Possession of an Unregistered Firearm)**, in violation of 7 D.C. Code § 2502.01(a) (2001 ed.))

## COUNT ELEVEN

On or about January 6, 2021, within the District of Columbia, the defendant LONNIE LEROY COFFMAN did possess a certain firearm, a Windham Weaponry rifle, without being the holder of a valid registration certificate.

**(Possession of an Unregistered Firearm)**, in violation of 7 D.C. Code § 2502.01(a) (2001 ed.))

## COUNT TWELVE

On or about January 6, 2021, within the District of Columbia, the defendant LONNIE LEROY COFFMAN did possess a certain firearm, a Hatfield Gun Company SAS shotgun, without being the holder of a valid registration certificate.

(**Possession of an Unregistered Firearm**), in violation of 7 D.C. Code § 2502.01(a) (2001 ed.))

## COUNT THIRTEEN

On or about January 6, 2021, within the District of Columbia, the defendant LONNIE LEROY COFFMAN did possess certain ammunition, .22 caliber rounds, without being the holder of a valid registration certificate for a firearm.

(**Unlawful Possession of Ammunition**), in violation of 7 D.C. Code § 2506.01(a)(3) (2001 ed.))

## COUNT FOURTEEN

On or about January 6, 2021, within the District of Columbia, the defendant LONNIE LEROY COFFMAN did possess certain ammunition, 9mm rounds, without being the holder of a valid registration certificate for a firearm.

(**Unlawful Possession of Ammunition**), in violation of 7 D.C. Code § 2506.01(a)(3) (2001 ed.))

## COUNT FIFTEEN

On or about January 6, 2021, within the District of Columbia, the defendant LONNIE LEROY COFFMAN did possess certain ammunition, 5.56 x 45mm rounds, without being the holder of a valid registration certificate for a firearm.

(**Unlawful Possession of Ammunition**), in violation of 7 D.C. Code § 2506.01(a)(3) (2001 ed.))

## COUNT SIXTEEN

On or about January 6, 2021, within the District of Columbia, the defendant LONNIE LEROY COFFMAN did possess certain ammunition, .223 caliber rounds, without being the holder of a valid registration certificate for a firearm.

(**Unlawful Possession of Ammunition**), in violation of 7 D.C. Code § 2506.01(a)(3) (2001 ed.))

## COUNT SEVENTEEN

On or about January 6, 2021, within the District of Columbia, the defendant LONNIE LEROY COFFMAN did possess certain ammunition, shotgun shells, without being the holder of a valid registration certificate for a firearm.

(**Unlawful Possession of Ammunition**), in violation of 7 D.C. Code § 2506.01(a)(3) (2001 ed.))

A TRUE BILL:

FOREPERSON.

*Mai Susui* /TG/MJF

Attorney of the United States in
and for the District of Columbia