UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : **Criminal No.:** 1:21-cr-00004-CKK-1 |
| **LONNIE COFFMAN** | : |
| **Defendant.** | : |

## NOTICE OF APPEARANCE OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby requests the Court enter the appearance of Taryn Meeks, Trial Attorney, National Security Division, United States Department of Justice, as counsel for the United States of America, in the above-referenced case.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
NY Bar No. 4444188

By: /s/ *Taryn Meeks*
TARYN MEEKS
IL Bar No. 6298100
Trial Attorney, National Security Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 598-0417
Taryn.meeks@usdoj.gov

Dated:  January 27, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2021, a copy of the foregoing Notice of Appearance was sent via the Court's ECF system to counsel for the defendant.

/s/ *Taryn Meeks*
Taryn Meeks
Trial Attorney, National Security Division
U.S. Department of Justice