UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Case No.: 21-cr-004 (CKK) |
| v. | |
| LONNIE LEROY COFFMAN, | |
| Defendant. | |

CONSENT MOTION TO EXTEND TIME
FOR NOTICE OF PLEA ACCEPTANCE

COMES NOW DEFENDANT, Lonnie Leroy Coffman, by and through undersigned counsel and respectfully requests that this Court extend the time for the parties to file a joint notice indicating whether a plea agreement has been reached. Government counsel has provided consent for this motion.

As background, this Court, by minute order dated July 26, 2021, ordered the parties to submit a notice no later than September 1, 2021, indicating whether a plea agreement was achieved. The parties have worked to reach a plea agreement however both sides agree a short period of additional time is necessary.

Wherefore, Mr. Coffman respectfully asks that the Court grant one additional week within which to provide notice to the Court as to whether a plea agreement has been reached.

Filed this 1st day of September 2021.

                                                  Respectfully submitted,

                                                  RETURETA  &  WASSEM,  P.L.L.C.

By:_____
      Manuel J. Retureta, Esq.
      District of Columbia Bar #430006
      300 New Jersey Avenue, NW, Suite 900
      Washington, D.C.  20001
      202.450.6119
      MJR @ RETURETAWASSEM.COM

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing filing was served upon counsel for all parties via electronic mail on this 1st day of September 2021.

By:_____
      Manuel J. Retureta, Esq.