UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 21-cr-004 (CKK) |
| v. | |
| LONNIE LEROY COFFMAN, <br>       Defendant. | |

ORDER

Upon consideration of the defense motion for additional time to notify the Court whether a plea agreement has been reached, and the government consent, the Court GRANTS the motion. Accordingly, the parties shall file a joint notice by or before SEPTEMBER 8, 2021, indicating whether or not a plea agreement has been achieved.

SO ORDERED this _____ day of _____ 2021.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE