UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-0004 (CKK) |
| | : | |
| **LONNIE COFFMAN,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE REGARDING HEARING

The United States respectfully submits this notice in response to the Court's order of September 3, 2021. The parties have reached an agreement to resolve this case prior to trial through a plea agreement, and the parties anticipate that the September 29, 2021, hearing can be converted to a plea hearing.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:      /s/
MICHAEL J. FRIEDMAN
Assistant United States Attorney
N.Y. Bar 4297461
555 4th Street, NW
Office 11-439
Washington, D.C. 20530
Michael.Friedman@usdoj.gov
(202) 252-6765