UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Nos.:  21-cr-004 (CKK) |
| v. | 21-cr-614 (CKK) |
| LONNIE LEROY COFFMAN, | |
| Defendant. | |

ORDER

Upon consideration of the defense motion to set a new date for which to file sentence memoranda, the Court finds good cause for the motion. Accordingly, it is ORDERED that both government and defense counsel shall have until Wednesday, March 2, 2022, within which to file sentence memoranda.


SO ORDERED this _____ day of _____ 2022.


_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE