













23













