We The People Are The Rightful Masters of Both The Congress And The Courts; Not To Overthrow The Constitution But To Overthrow The Men Who Pervert The Constitution.
— Abraham Lincoln

SGTreport.com = Good guys

Rep ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (One of Two muslims in House of Reps)

Judge ▓▓▓▓▓▓▓▓▓▓ — Bad Guy

▓▓▓▓ (at washingtonexaminer.com (Good guys)

NewsWithViews.TV.com/▓▓▓▓▓▓

ACLJ — member Services 1-800-▓▓▓▓▓▓
Petition line/ 1-877-▓▓▓▓▓▓
Jay Sekulow Live — 1-800-▓▓▓▓▓▓ Line
Open Mon-Fri — Noon til — 1:00 ▓▓▓ Est.

www.calltodecision.com — Gun
Host Pastor ▓▓▓▓▓▓▓▓ / Confication
▓▓▓▓▓▓▓▓ — Activist/Writer = Good Girl

