

# SOUTHWEST DESERT MILITIA
## SEMPER PARATUS




HOME


WHY US?


GUESTBOOK


FORUM


PICTURES


CONTACTS


TRAINING


LINKS


MEDIA







**SDM CONTACTS**

If your interested in joining us, drop us an email and we'll respond asap, or signup on our forum.

| NAME | RANK | EMAIL |
|---|---|---|
| Head Hunter | Commanding Officer | [redacted] |
| Gooch | Sergeant | [redacted] |
| Shepherd | Private First Class | [redacted] |
| "Q" | Private | [redacted] |



http://sdm.cogia.net/contacts/

*C.O. Headhunter* [signature]

C.O. Headhunter @ s████████
SGT Gooch @ ████████
PFC Shepherd @ ████████
PVT "Q" @ s████████

http://sdm.cogia.net

**USE White Pages to locate people**

▬▬▬ ▬▬▬ (ex Dem. senator, traitor)
▬▬▬ (Billionaire leftest, traitor)
▬▬▬ (radical Dem. senator)
▬▬▬ (leftest radical movie producer)
▬▬▬ Obama sec. of Trans.
▬▬▬ MD. - Pediatric Endocrinologist - Boston, MA
▬▬▬ - major investor (Solyndra)
▬▬▬ CEO Solyndra
▬▬▬ (Argonaut Private Equity) board of directors (Solyndra) also billionaire oilman + fund-raiser for Obama.
▬▬▬ - ~~leftest~~ lobbyest (R). (CNBC)
▬▬▬ - Show host, Lesbein (NBC)
International Asso. of Machinists - Thugs
▬▬▬ - G.E., Obama's lap dog
▬▬▬ Dem whip
▬▬▬ - Union boss / Richard Trumka
▬▬▬ - ex V.P.
▬▬▬ Actor
▬▬▬ - U.S. Senator, Minnesota, Politician, Comedian
▬▬▬ - Extreme Liberal talk show host.
▬▬▬ - Liberal lawyer