

|  |  |
|---|---|
| **From:** | |
| **To:** | |
| **Cc:** | |
| **Subject:** | ▇▇ Interview - Unofficial |
| **Date:** | Thursday, January 7, 2021 10:33:29 AM |

Gentlemen,

As noted in the subject line this is an unofficial draft of the ▇▇ interview on the evening of 1-6-21. It is not intended to be a full capture of the interview. An official FD-302 will be provided upon its approval by FBI management.

Note: ▇▇ did not know Coffman's name. She forgot it. It is provided here for ease of reporting.



▇▇, dob ▇▇, cell ▇▇ of ▇▇, ▇▇, who had spent part of the day with COFFMAN. ▇▇ did not know COFFMAN but felt sorry for him because it was cold out and he said he couldn't get back to his vehicle. ▇▇ vehicle was also within the perimeter established by LE personnel in vicinity of First and New Jersey SE. ▇▇ and Coffman took the metro to Pentagon City where they ate pizza, bought a phone charger, and warmed themselves. ▇▇ paid for both day trip metro cards and the pizza with her debit card, and Coffman paid for the phone charger for ▇▇ with cash. ▇▇ and Coffman departed Pentagon City via Metro and exited at Eastern Market. Shortly after exiting Metro and walking to the LE perimeter, ▇▇ was allowed access to her vehicle, which she then allowed Coffman to sit in her car for warmth. While sitting in ▇▇ car, Coffman observed LE at his truck and told ▇▇ that was his vehicle they were looking at. She didn't know his full name, and was unaware he had weapons on his person or in the truck.

Respectfully,

